# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCES BROUSSEAU, | : |
| Plaintiff, | : |
| | : Civil Action No. 09-403 (JAP) |
| v. | : |
| | : **ORDER** |
| KRISTIN LACCETTI, MEREDITH FORMON, PRUDENTIAL INSURANCE CO. OF AMERICA, | : |
| Defendants. | : |

Presently before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint in regards to Count I, II, III and IV as to Defendants Laccetti and Formon and Count IV as to Defendant Prudential (Dkt. # 6). For the reasons set forth in the accompanying Opinion

**IT IS** on this 16th day of November 2009,

**ORDERED** that Defendants' Motion to Dismiss (Dkt. #6) is granted,

**ORDERED** that Plaintiff and Defendant submit to the Court a Joint Discovery Plan and attend a settlement conference on January 27, 2010 at 11 a.m.,

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.