IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCES BROUSSEAU, | ) | |
| | ) | |
| Plaintiff, | ) | CIV. NO. 1:09-CV-00403-RGA |
| | ) | |
| v. | ) | (Removed from the Superior Court of the |
| | ) | State of Delaware in and for New Castle |
| KRISTIN LACCETTI, | ) | County, Case No. 09C-03-120 MJB) |
| MEREDITH FORMON, and | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Plaintiff Frances Brousseau and Defendant The Prudential Insurance Company of America, hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, with each party to pay its own costs and fees.

Dated: this 24th day of April, 2012.

/s/ Daniel A. Griffith
Daniel A. Griffith
DE No. 4209
dgriffith@wtplaw.com
**WHITEFORD TAYLOR PRESTON LLP**
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
(302) 353-4144

*Counsel for Plaintiff Frances Brousseau*

/s/ Jami B. Nimeroff
JAMI B. NIMEROFF
DE No. 4049
jnimeroff@bsnlawyers.com
**BROWN STONE NIMEROFF LLC**
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142
(302) 351-2744 (*facsimile*)

CHRISTINA HULL EIKHOFF
Georgia Bar No. 242539
christy.eikhoff@alston.com
ALLISON S. THOMPSON
Georgia Bar No. 779509

allison.thompson@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 881-7000
(404) 881-7777 (*facsimile*)

*Counsel for Defendant The Prudential
Insurance Company of America*